IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR360 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALEJANDRO MANUEL BONILLA-FILOMENO, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's Motion to Dismiss (Filing No. 63) and the government's Motion to Dismiss (Filing No. 65) are scheduled for hearing before the undersigned magistrate judge at **9:00 a.m. on May 19, 2008**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

> **Disclosure of Evidence.** This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
>
> (a) **Witnesses.** At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
>
> (b) **Exhibits.** At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge.

Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

The government's Motion to Extend (Filing No. 67) is granted, and the government shall have until **May 9, 2008** to respond to defendant's Motion to Dismiss and Objection. The defendant shall have until **May 16, 2008** to respond to the government's response.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 2nd day of May, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge