IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR360 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEJANDRO MANUEL BONILLA-FILOMENO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's pro se motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines (Filing No. 152).

IT IS ORDERED:

1) Defendant's pro se motion is held in abeyance pursuant to General Order No. 2014-09.

2) The clerk shall provide the defendant with a copy of this order and General Order No. 2014-09 and shall also give notice to the United States Attorney, the Federal Public Defender, and to the Supervisory United States Probation Officer who handles presentence reports.

DATED this 15th day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court